1020

## UNITED STATES of America, Appellant, v. Frank WALKER.
### No. 11066.

Circuit Court of Appeals, Eighth Circuit.
Dec. 4, 1937.

Maurice M. Milligan, U. S. Atty., and Thomas A. Costolow, Asst. U. S. Atty., both of Kansas City, Mo.

Mayer, Conkling & Sprague, of St. Joseph, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, on motion of appellant and consent of appellee, without costs to either party in this court.

## In re UNIVERSITY DRUG CO.

**The CORDEN CORPORATION et al., Appellants, v. Ralph E. WILLIAMS, Trustee of the University Drug Co., Bankrupt, Appellee.**
### No. 8418.

Circuit Court of Appeals, Ninth Circuit.
Dec. 6, 1937.

Torregano & Stark and M. C. Symonds, all of San Francisco, Cal., for appellants.

Grant H. Wren and Arthur P. Shapro, both of San Francisco, Cal., for appellee.

Before DENMAN, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the record and briefs filed, and oral arguments of counsel, ordered order of District Court, 16 F.Supp. 441, herein be reversed, that a decree be filed and entered accordingly; mandate of this court to issue in 30 days.

## In re UNITED STATES PIPE AND FOUNDRY COMPANY.
### No. 8652.

Circuit Court of Appeals, Fifth Circuit.
Dec. 10, 1937.

W. W. Naman, of Waco, Tex., for petitioner.

Before FOSTER, SIBLEY, and HUTCHESON, Circuit Judges.

PER CURIAM.

It is ordered that the petition for writ of mandamus applied for in the above numbered and entitled cause be denied.